ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section          JS 6
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569
    Facsimile: (213) 894-7177
    E-mail: Victor.Rodgers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CV 11-04608-DSF(PLAx) |
| Plaintiff, ) | |
| v. ) | **CONSENT JUDGMENT OF FORFEITURE** |
| $65,000.00 IN UNITED STATES ) CURRENCY, ) | |
| Defendant. ) | |
| JUAN DE ANDA, ) | |
| Claimant. ) | |

On or about May 27, 2011, Plaintiff United States of America ("the government," "the United States of America" or "plaintiff") filed a Complaint for Forfeiture alleging that the defendant $65,000.00 in U.S. Currency (the "defendant currency") is subject

1  to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C.
2  § 881(a)(6).
3     Claimant Juan De Anda ("claimant") filed a claim to the
4  defendant currency on or about August 12, 2011 and an answer to the
5  Complaint on or about September 2, 2011.  No other parties have
6  appeared in this case and the time for filing claims and answers
7  has expired.
8     The government and claimant have now agreed to settle this
9  action and to avoid further litigation by entering into this
10 Consent Judgment of Forfeiture.
11    The Court, having been duly advised of and having considered
12 the matter, and based upon the mutual consent of the parties
13 hereto,
14    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:
15    1.   This Court has jurisdiction over the subject matter of
16 this action and the parties to this Consent Judgment of Forfeiture.
17    2.   The Complaint for Forfeiture states a claim for relief
18 pursuant to 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881(a)(6).
19    3.   Notice of this action has been given as required by law.
20 No appearances have been made in the litigation by any person other
21 than claimant.  The Court deems that all other potential claimants
22 admit the allegations of the Complaint for Forfeiture to be true.
23    4.   The defendant currency, together with any interest earned
24 by the United States of America on the defendant currency shall be
25 condemned and forfeited to the United States of America, which
26 shall dispose of those funds in accordance with law.
27    5.   Claimant hereby releases the United States of America,
28 its agencies, agents, officers, employees and representatives,

1  including, without limitation, all agents, officers, employees and
2  representatives of the Drug Enforcement Administration and the
3  Department of Justice and their respective agencies, as well as all
4  agents, officers, employees and representatives of any state or
5  local governmental or law enforcement agency involved in the
6  investigation or prosecution of this matter, from any and all
7  claims, actions, or liabilities arising out of or related to this
8  action, including, without limitation, any claim for attorney fees,
9  costs, and interest, which may be asserted by or on behalf of
10 claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

11      6.   The Court finds that there was reasonable cause for the
12 seizure of the defendant currency and institution of these
13 proceedings.  This judgment shall be construed as a certificate of
14 reasonable cause pursuant to 28 U.S.C. § 2465.

15      7.   The Court further finds that claimant did not
16 substantially prevail in this action, and the parties hereto shall
17 bear their own attorney fees and costs.

18      DATED: 4/4/12                    *Dale S. Fischer*

20                                  _____
                                    THE HONORABLE DALE S. FISCHER
                                    UNITED STATES DISTRICT JUDGE

CONSENT

The parties hereto consent to the above judgment and waive any right of appeal.

DATED: March 29, 2012

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


/s/ Victor A. Rodgers
VICTOR A. RODGERS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: March 27, 2012

LAW OFFICES OF JAMES E. BLATT

/s/ James E. Blatt
JAMES E. BLATT
Attorneys for Claimant
JUAN DE ANDA